AO 245B (Rev. 9/11 - VAW Additions 6/05) Judgment in Criminal Case
Sheet 2 - Imprisonment

Judgment - Page 2 of 6

DEFENDANT: RONNIE STEVEN KRESS
CASE NUMBER: DVAW712CR000100-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
36 months

RECEIVED
JAN 17 2014
USDC Clerk's Office
Mail Room

☒ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be furnished with appropriate drug treatment and that the defendant be designated to the facility at Beckley, WV, or, in the alternative, at Butner, NC.

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 17 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____ on _____

☒ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 01-08-2014 to FCI Beckley

a Beaver W.V. , with a certified copy of this judgment.

Joel Ziegler (Warden)
~~UNITED STATES MARSHAL~~

By B. Brown (CSO)
~~DEPUTY UNITED STATES MARSHAL~~